

# Fourth Court of Appeals
## San Antonio, Texas

April 29, 2014

No. 04-14-00191-CV

**IN THE INTEREST OF D.R.P.,** A Child,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-03045
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

    The Appellant's Agreed First Motion to Extend Time to File Brief is GRANTED. The appellant's brief is due on May 19, 2014. Because this is an appeal from an order terminating parental rights, **no further extensions will be granted**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of April, 2014.

Keith E. Hottle
Clerk of Court